UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In the Matter of the Search of                    :     **TO BE FILED UNDER SEAL**
                                                  :
the Subject Equipment identified in detail on     :     Hon. Douglas E. Arpert
Attachment A                                      :
                                                  :     Mag. No. 12- 2500 (DEA)
                                                  :
                                                  :     SEALING ORDER

Upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant U.S. Attorney, appearing), for a search warrant; and the application upon which this Court should order the documents submitted in support of its issuance be filed under seal; and for good cause shown,

IT IS on this 7th day of March 2012

ORDERED that, with the exception of a copy of the search warrant, the documents upon which the search warrant is based and all other papers related to the above-captioned matter, including the application, affidavit, and search warrant, be filed under, and are hereby sealed, until further of this Court.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge